# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DARRELL MICHAEL SMITH

NO. 2020 KW 0528

**AUGUST 03, 2020**

---

In Re:    Darrell Michael Smith, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 297,865.

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.** Relator had a conviction for a violent offense and two convictions for violation of the Uniform Controlled Dangerous Substances Law punishable by imprisonment for ten years or more.  Thus, relator's convictions subjected him to the mandatory life sentence as a third-felony habitual offender.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT